UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF IDAHO

01 SEP 26 AM 10:20

| | | |
|---|---|---|
| In re ) | CHAPTER 7 | |
| ) | | |
| Johnson, Thomas P. & ) | CASE NO. 98-20358 | |
| Laura L., ) | | |
| Debtors. ) | TURNOVER OF FUNDS | |
| ) | TO CLERK | |
| ) | | |

The Court having ordered distribution of the assets of the above-entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U. S. District Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

NAME & ADDRESS OF CREDITOR                          AMOUNT NOT DISBURSED
                                      **TOTAL**    $

2. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U. S. C. §347(a).

| NAME AND ADDRESS OF CREDITOR | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|
| Thomas & Laura Johnson<br>1515 S. Cedar St. #293<br>Rathdrum ID 83858 | 101 | 05/09/01 | $1,645.34 |

                                      **TOTAL**    $1,645.34

                        **TOTAL AMOUNT REMITTED**    $1,645.34
                                                    (Check No. 102)

DATED: September 21, 2001

_____
Ford Elsaesser, Trustee

Original & 2 copies to Court